IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FARNBOROUGH AIRCRAFT
CORPORATION LIMITED, a United
Kingdom company,

        Plaintiff,

v.

AIRCRAFT INVESTOR RESOURCES,
LLC, a Nevada limited liability company,
and RICK SCHRAMECK,

        Defendants.

Case Nos. CV 05-6378 TC
and
CV 05-6379 TC

ORDER SUPPLEMENTING
PRELIMINARY INJUNCTION AND
ORDER

      Plaintiff having requested supplemental preliminary injunctive relief, and this matter coming before the Court for argument on July 20, 2006, the Court, having considered the arguments and evidence presented by all parties, hereby grants plaintiff's motion to supplement the existing Preliminary Injunction and Order. It is accordingly ORDERED that:

      1.    In accordance with paragraph 4 of the Award and Money Judgment Section of the Arbitration Findings and Award dated July 7, 2006 and signed by Arbitrator Terrance B. O'Sullivan and the Second Supplemental Award dated July 20, 2006 and signed by Arbitrator Terrence B. O'Sullivan, in the arbitration between the parties in the Arbitration Service of Portland Case No. 05-1202-2, defendant Aircraft Investor Resources, LLC ("AIR"), directly or in conjunction with any partnership, consortium, joint venture, subsidiary or corporation, limited liability company or other entity in which AIR or its shareholders, individually or collectively, hold greater than a ten percent (10%) interest, and its successors and assigns, are prohibited from flying, testing, exhibiting (including on websites), or publicly or privately displaying any jet

Page 1 -   ORDER SUPPLEMENTING PRELIMINARY INJUNCTION AND
            ORDER

powered aircraft with the wing that was co-developed by the parties for the F1 and/or Epic aircraft (the "co-developed wing") or any wing design that uses any of the intellectual property incorporated into the co-developed wing or was manufactured using any unmodified tooling for the co-developed wing. Intellectual property as used in this Order is as defined in Paragraph 3, Page 4 of the July 7, 2006 Arbitrator's Findings and Award.

2.   AIR shall not fly, test, exhibit (including on websites), or publicly or privately display the jet powered aircraft AIR has constructed in connection with an agreement with Tblisi Aerospace Machines (the "TAM Jet"), or any other aircraft other than single engine turboprop aircraft, with a wing that uses any of the intellectual property incorporated into the co-developed wing or was manufactured using any unmodified tooling for the co-developed wing.

3.   AIR shall immediately remove or cause to be removed from the TAM Jet the wing present on the aircraft during the arbitration hearing between the parties completed on June 29, 2006, if such wing remains on that aircraft.

4.   AIR, directly or in conjunction with any partnership, consortium, joint venture, subsidiary or corporation, limited liability company or other entity in which AIR or its shareholders, individually or collectively, hold greater than a ten percent (10%) interest, and its successors and assigns, shall not use any of the intellectual property that is restricted by paragraph 4 of the Award and Money Judgment Section of the Award on any aircraft other than a single engine turboprop aircraft.

5.   Defendants are ordered to preserve and make available to plaintiff any and all evidence relating to the design, manufacture and modification of any wing it uses on the TAM Jet aircraft, including but not limited to the wing itself and all documents and tooling used in the

manufacturing of the wing, and all documents and tooling used in any modifications to the wing. Review of these materials is subject to the protective order previously entered in this action. The preservation of such evidence must allow plaintiff a full and fair opportunity to determine whether defendant AIR has complied with the terms of this order. Additionally, prior to any testing of a destructive nature, plaintiff must obtain the approval of the court and/or the arbitrator, and abide by any conditions for such testing that the court and/or the aribtrator may impose.

IT IS SO ORDERED.
DATED this 20th day of July, 2006.

_____
THOMAS M. COFFIN
United States Magistrate Judge

SUBMITTED BY:

Robert A. Shlachter, OSB No. 91171
David F. Rees, OSB No. 94513
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, 5th Floor
Portland, OR 97204
Telephone:  503/227-1600
Facsimile:   503/227-6840

Page 3 -  ORDER SUPPLEMENTING PRELIMINARY INJUNCTION AND ORDER